FILED
CLERK, U.S. DISTRICT COURT

2004 DEC -6  P 2: 25

DISTRICT OF UTAH

BY:_____
  DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ANASAZI CULTURAL RESEARCH, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS ROBBINS, et al.<br><br>Defendants. | ORDER TO SHOW CAUSE<br><br><br><br>Case No. 2:04-CV-01055 PGC |

Plaintiffs are ordered to show cause why the court should not dismiss the complaint in the above-referenced action for lack of complete diversity of citizenship as between the plaintiffs and the defendants as required under 28 U.S.C. § 1332.[1]  Plaintiffs' response should be filed within 14 days of the date of distribution of this order.

DATED this 6th day of December, 2004.

BY THE COURT:

_____
Paul G. Cassell
United States District Judge

---

[1] *See Oppenheim v. Sterling*, 368 F.2d 516 (10th Cir. 1966).

Page 1 of 1

tsh

United States District Court
for the
District of Utah
December 7, 2004

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:   2:04-cv-01055

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Mr. Paul J Young, Esq.
    489 S 1650 E
    SPRINGVILLE, UT  84663